

**NUMBER 13-18-00082-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

JAIME SALINAS,                                                                 Appellant,

v.

CECILIA SALINAS,                                                               Appellee.

---

### On appeal from the 107th District Court
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Rodriguez, Contreras, and Hinojosa
### Memorandum Opinion by Justice Rodriguez

Appellant, Jaime Salinas, filed an appeal from a judgment rendered against him in favor of appellee, Cecilia Salinas. On March 20, 2018, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on March 19, 2018, and that the deputy district clerk, Nora Gonzalez, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court

notified appellant of this defect so that steps could be taken to correct the defect, if it could be done.   *See* TEX. R. APP. P. 37.3, 42.3(b), (c).   Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice.   Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.   *See* TEX. R. APP. P. 42.3(b), (c).

NELDA V. RODRIGUEZ
Justice

Delivered and filed the
19th day of April, 2018.

2